ORIGINAL

FILED
2008 AUG -1  P 3:10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

1  Neal A. Potischman (SBN 254862)
   Stephanie E. Lockwood (SBN 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5  E-mail: neal.potischman@dpw.com
          lockwood@dpw.com
6
7  Attorneys for Defendants
   PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN JOSE DIVISION     C08 03688 RS

14 CAPITAL PARTNERS, on Behalf of Itself    Case No.:
   and All Others Similarly Situated,
15
                Plaintiff,                  DEFENDANT PHOTON
16                                          DYNAMICS, INC.'S RULE 7.1
        v.                                  CORPORATE DISCLOSURE and
17                                          CIVIL LOCAL RULE 3-16
   DR. MALCOLM J. THOMPSON, JEFFREY         CERTIFICATION OF
18 A. HAWTHORNE, TERRY H. CARLITZ,          INTERESTED ENTITIES OR
   DR. DONALD C. FRASER, EDWARD             PERSONS
19 ROGAS, JR., CURTIS S. WOZNIAK,
   PHOTON DYNAMICS, INC. and                [Santa Clara County Superior Court
20 ORBOTECH, LTD.,                          Case No. 08-CV-118315]
21              Defendants.
22
23
24
25
26
27
28

DEFENDANT PHOTON DYNAMICS, INC.'S RULE 7.1
DISCLOSURE AND CIV. L.R. 3-16 CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Photon Dynamics, Inc. ("Photon Dynamics") and the undersigned counsel for Photon Dynamics certify that there are no parent corporations and no publicly held corporations owning 10% or more of Photon Dynamic's common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding as a result of their ownership of 5% or more of Photon Dynamic's common stock:

- Systematic Financial Management, LP
- Renaissance Technologies Corporation, LLC
- Dimension Fund Advisors, Inc.
- Barclays Global Investors
- Glazer Capital, LLC
- David W. Gardner

Dated: August 1, 2008

Respectfully Submitted,

DAVIS POLK & WARDWELL

By: _____
Stephanie E. Lockwood (SBN 238215)
Neal A. Potischman (SBN 254862)

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: lockwood@dpw.com
neal.potischman@dpw.com

Attorneys for Defendants
PHOTON DYNAMICS, INC., DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., and CURTIS S. WOZNIAK