ORIGINAL

1  Neal A. Potischman (SBN 254862)
   Stephanie E. Lockwood (SBN 238215)
2  DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5  E-mail: neal.potischman@dpw.com
          lockwood@dpw.com
6
   Attorneys for Defendants
7  PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

FILED

2008 AUG -1  P 3: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION

14 | CAPITAL PARTNERS, on Behalf of Itself    | Case No.:
   | and All Others Similarly Situated,
15 |                                          | C 08 03688 RS
16 |            Plaintiff,                    | NOTICE OF APPEARANCE
17 |      v.                                  | [Santa Clara County Superior Court
   | DR. MALCOLM J. THOMPSON, JEFFREY         | Case No. 08-CV-118315]
18 | A. HAWTHORNE, TERRY H. CARLITZ,
   | DR. DONALD C. FRASER, EDWARD
19 | ROGAS, JR., CURTIS S. WOZNIAK,
   | PHOTON DYNAMICS, INC. and
20 | ORBOTECH, LTD.,
21 |            Defendants.
22

23 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE THAT Neal A. Potischman and Stephanie E.

25 Lockwood of the law firm of Davis Polk & Wardwell hereby appear in this Action as

26 counsel on behalf of defendants Photon Dynamics, Inc., Dr. Malcolm J. Thompson,

27 Jeffrey A. Hawthorne, Terry H. Carlitz, Dr. Donald C. Fraser, Edward Rogas, Jr., and

28

1  Curtis S. Wozniak, and defendants respectfully request that all pleadings and other
2  documents be addressed to their counsel as follows:

3   Neal A. Potischman
    Stephanie E. Lockwood
4   DAVIS POLK & WARDWELL
    1600 El Camino Real
5   Menlo Park, California 94025
    Telephone: (650) 752-2000
6   Facsimile: (650) 752-2111
7   Email: neal.potishcman@dpw.com
           stephanie.lockwood@dpw.com
8

9

10 Dated:  August 1, 2008            Respectfully Submitted,

11                                   DAVIS POLK & WARDWELL

12

13                                   By: _____
14                                   Stephanie E. Lockwood (SBN 238215)
                                     Neal A. Potischman (SBN 254862)
15
                                     1600 El Camino Real
16                                   Menlo Park, California 94025
                                     Telephone:  (650) 752-2000
17                                   Facsimile:  (650) 752-2111
                                     E-mail: lockwood@dpw.com
18                                           neal.potischman@dpw.com

19
                                     Attorneys for Defendants
20                                   PHOTON DYNAMICS, INC.,
                                     DR. MALCOLM J. THOMPSON,
21                                   JEFFREY A. HAWTHORNE, TERRY
                                     H. CARLITZ, DR. DONALD C.
22                                   FRASER, EDWARD ROGAS, JR.,
23                                   and CURTIS S. WOZNIAK

24

25

26

27

28

NOTICE OF APPEARANCE                2