


Case 5:08-cv-03688-RS    Document 4    Filed 08/01/2008    Page 1 of 3

**ORIGINAL**

FILED
2008 AUG -1 P 3: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

1  Neal A. Potischman (SBN 254862)
2  Stephanie E. Lockwood (SBN 238215)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5  E-mail: neal.potischman@dpw.com
           stephanie.lockwood@dpw.com
6
7  Attorneys for Defendants
   PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. and ORBOTECH, LTD.,<br><br>Defendants. | Case No.: **C08 03688 RS**<br><br>**PROOF OF SERVICE**<br><br>[Santa Clara County Superior Court Case No. 08-CV-118315] |

PROOF OF SERVICE

## PROOF OF SERVICE

I, Pearl Yi, declare:

I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA 94025.

On August 01, 2008, I served copies of the following documents:

- **DEFENDANT PHOTON DYNAMICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE and CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

- **CIVIL COVER SHEET**

- **NOTICE OF APPEARANCE**

- **NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a)**

- **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1441(a)**

on the interested parties in this action addressed as set forth in the attached Service List, by placing the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. I have caused a true and correct copy of the documents listed above to be delivered by electronic mail at the address set forth below. I caused the documents listed above to be transmitted by facsimile machine to the party listed below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 01, 2008 at Menlo Park, California.

_____
Pearl Yi

# SERVICE LIST

**By Federal Express:**

Hulett Harper Stewart LLP
Kirk B. Hulett
Blake Muir Harper
Sarah P. Weber
550 West C. Street, Suite 1600
San Diego, CA 92101

Elizabeth L. Grayer
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

The Brualdi Law Firm
Richard B. Brualdi
Gaitri Boodhoo
Ayesha N. Onyekwelu
29 Broadway, Suite 2400
New York, New York 10006

**By E-Mail Service:**

The Brualdi Law Firm
Richard B. Brualdi
Gaitri Boodhoo
Ayesha N. Onyekwelu
29 Broadway, Suite 2400
New York, New York 10006

**By Facsimile:**

Hulett Harper Stewart LLP
Kirk B. Hulett
Blake Muir Harper
Sarah P. Weber
550 West C. Street, Suite 1600
San Diego, CA 92101

PROOF OF SERVICE