1  Neal A. Potischman (SBN 254862)
   Stephanie E. Lockwood (SBN 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  E-mail: neal.potischman@dpw.com
           stephanie.lockwood@dpw.com
6
7  Attorneys for Defendants
   PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated, | Case No.: |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. and ORBOTECH, LTD., | |
| Defendants. | |

PROOF OF SERVICE
CASE NO. C 08-03688 RS

## PROOF OF SERVICE

I, Pearl Yi, declare:

I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA 94025.

On August 04, 2008, I served copies of the following documents:

- **MAGISTRATE JUDGE RICHARD SEEBORG STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES**

- **MAGISTRATE JUDGE RICHARD SEEBORG STANDING ORDER RE: INITIAL CASE MANAGEMENT**

- **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

- **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

- **WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

on the interested parties in this action addressed as set forth in the attached Service List, by placing the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 04, 2008 at Menlo Park, California.

Pearl Yi

2

PROOF OF SERVICE
CASE NO. C 08-03688 RS

## SERVICE LIST

**By Federal Express:**

Hulett Harper Stewart LLP
Kirk B. Hulett
Blake Muir Harper
Sarah P. Weber
550 West C. Street, Suite 1600
San Diego, CA 92101

Elizabeth L. Grayer
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

The Brualdi Law Firm
Richard B. Brualdi
Gaitri Boodhoo
Ayesha N. Onyekwelu
29 Broadway, Suite 2400
New York, New York 10006

PROOF OF SERVICE
CASE NO. C 08-03688 RS