1  Neal A. Potischman (SBN 254862)
   Stephanie E. Lockwood (SBN 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  E-mail: neal.potischman@dpw.com
           stephanie.lockwood@dpw.com
6
   Attorneys for Defendants
7  PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14 | CAPITAL PARTNERS, on Behalf of Itself | Case No.: C08-03688 RS
   | and All Others Similarly Situated,    |
15 |                                       | **PROOF OF SERVICE**
   |        Plaintiff,                     |
16 |                                       |
17 |        v.                             |
   |                                       |
18 | DR. MALCOLM J. THOMPSON, JEFFREY      |
   | A. HAWTHORNE, TERRY H. CARLITZ,       |
19 | DR. DONALD C. FRASER, EDWARD          |
   | ROGAS, JR., CURTIS S. WOZNIAK,        |
20 | PHOTON DYNAMICS, INC. and             |
   | ORBOTECH, LTD.,                       |
21 |                                       |
   |        Defendants.                    |

PROOF OF SERVICE

# PROOF OF SERVICE

I, Pearl Yi, declare:

I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA 94025.

On August 07, 2008, I served copies of the following documents:

- **[PROPOSED] STIPULATED PROTECTIVE ORDER**

on the interested party in this action addressed as follows:

Elizabeth L. Grayer
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

(BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 07, 2008 at Menlo Park, California.

_____
Pearl Yi