1  HULETT HARPER STEWART LLP
2  KIRK B. HULETT, SBN: 110726
   BLAKE MUIR HARPER, SBN: 115756
3  SARAH P. WEBER, SBN: 239979
   550 West C Street, Suite 1600
4  San Diego, CA  92101
   Telephone:     (619) 338-1133
5  Facsimile:     (619) 338-1139
   e-mail: kbh@hulettharper.com
6          bmh@hulettharper.com
           sweber@hulettharper.com
7

8  Attorneys for Plaintiff, Capital Partners
   [Additional Counsel on Signature Page]
9
                    **IN THE UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
11

12  CAPITAL PARTNERS, on Behalf of Itself      | Case No. 08-03688RS
    and All Others Similarly Situated,
13                                             | **STIPULATION AND [PROPOSED]**
                    Plaintiff,                 | **ORDER SHORTENING TIME**
14  v.                                         | **PURSUANT TO CIVIL L.R. 6-2**

15  DR. MALCOLM J. THOMPSON, JEFFREY           | DATE:      TBD
    A. HAWTHORNE, TERRY H. CARLITZ,            | TIME:      TBD
16  DR. DONALD C. FRASER, EDWARD               | JUDGE:     Magistrate Judge Richard Seeborg
    ROGAS, JR., CURTIS S. WOZNIAK,             | DEPT:      Courtroom 4, 5th Floor
17  PHOTON DYNAMICS, INC. AND
    ORBOTECH, LTD.,
18
19                  Defendants.

20
21
22
23
24
25
26
27
28

1    WHEREAS, Plaintiff Capital Partners, a shareholder of Photon Dynamics, Inc. ("Photon

2    Dynamics") (which is a California corporation headquartered in San Jose) brought the present

3    action in the Superior Court of California, Santa Clara County (the "State Court") on July 25,

4    2008, challenging the pending acquisition of Photon Dynamics by Orbotech, Ltd. ("Orbotech")

5    (the "Sale Agreement"); and

6    WHEREAS, Plaintiff asserts claims against Photon Dynamics and its directors for breach

7    of fiduciary duty under California law, and a claim against Orbotech for aiding and abetting those

8    breaches of fiduciary duties under California Law; and

9    WHEREAS, on August 1, 2008, Defendants, other than Orbotech, filed a notice of

10   removal to this Court;

11   WHEREAS also on August 1, 2008, at about the same time, Plaintiff served and filed a

12   motion in the state court seeking (i) a temporary restraining order enjoining the Defendants from

13   consummating the transaction challenged in the above captioned action until expedited discovery

14   and a preliminary injunction hearing could occur and (ii) an order granting expedited discovery

15   and scheduling a post-expedited discovery hearing date on a motion for a preliminary injunction;

16   WHEREAS, Plaintiff and Defendants have subsequently reached an agreement providing

17   that the transaction will not be consummated until at least September 5, 2008 and an agreement

18   providing for consensual expedited discovery; and

19   WHEREAS, Plaintiff seeks to have a motion for a preliminary injunction heard and

20   decided prior to the September 5, 2008 date of the shareholder vote (the date on which the sale of

21   Photon Dynamics is likely to close), which Plaintiff believes is necessary in order for relief to be

22   effective; and

23   WHEREAS, Plaintiff believes this case was improperly removed and is concurrently

24   filing an Emergency Motion to Remand, or Alternatively to Schedule a Preliminary Injunction

25   Hearing which seeks to promptly remand this case so that a motion for a preliminary injunction

26   may be heard by the state court prior to September 5, 2008, or if such a prompt removal is not

27   possible then alternatively to schedule a date for a preliminary injunction motion to be heard by

28   this Court on or before September 5, 2008; and

1

1    WHEREAS, Defendants other than Orbotech believe the action was removed properly but

2    consent to expedited consideration of Plaintiff's emergency motion to remand.

3    NOW THEREFORE PURSUANT TO THE NORTHERN DISTRICT CIVIL RULE 6-2,

4    IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

5    1.    Plaintiff shall file and serve its Emergency Motion to Remand, or Alternatively to

6    Schedule a Preliminary Injunction Hearing by August 7, 2008;

7    2.    Defendants shall file and serve any opposition papers to Plaintiff's motion by

8    August 12, 2008;

9    3.    The Court may rule upon Plaintiff's Emergency Motion to Remand, or

10    Alternatively to Schedule a Preliminary Injunction Hearing at its earliest convenience thereafter.

11    IT IS SO STIPULATED.[1]

12    I hereby attest that I have received assent to the foregoing stipulation and entry of the

13    proposed order by the parties by and through their attorneys.

14    DATED: August 7, 2008                    HULETT HARPER STEWART LLP
                                                KIRK B. HULETT
15                                              BLAKE MUIR HARPER
                                                SARAH P. WEBER
16

17                                               /s/ Sarah P. Weber
                                                SARAH P. WEBER
18

19                                              550 West C Street, Suite 1600
                                                San Diego, CA  92101
20                                              Telephone:    (619) 338-1133
                                                Facsimile:    (619) 338-1139
21

                                                Attorneys for Plaintiff, Capital Partners
22

23                                              THE BRUALDI LAW FIRM, P.C.
                                                RICHARD B. BRUALDI
                                                GAITRI BOODHOO
24                                              SUE LEE

25    _____

26    [1]  Orbotech contends that it has not been properly served, does not intend to submit any briefing
      in conjunction with Plaintiff's motion to remand, and does not want to consent to jurisdiction by
27    signing this stipulation.  Nonetheless, Orbotech's counsel has advised that is has no objection to
      the expedited consideration of Plaintiff's emergency motion to remand that is provided for by this
28    Stipulation.

2

1

AYESHA N. ONYEKWELU
29 Broadway-24th Floor

2

New York, NY 10006
Telephone:    (212) 952-0602

3

Facsimile:    (212) 952-0608

4

Of Counsel for Plaintiff, Capital Partners

5

6

DATED: August 7, 2008

DAVIS POLK & WARDWELL LLP
NEAL A. POTISCHMAN, SBN: 254862
STEPHANIE E. LOCKWOOD, SBN: 238215

7

8

9

_/s/ Neal A. Potischman_____
NEAL A. POTISCHMAN

10

11

1600 El Camino Real
Menlo Park, CA  94025

12

Telephone:    (650) 752-2000
Facsimile:    (650) 752-2111

13

E-mail:        neal.potischman@dpw.com
              lockwood@dpw.com

14

15

Attorneys for Defendants, Photon Dynamics, Inc.,
Dr. Malcolm J. Thompson, Jeffrey A. Hawthorne,

16

Terry H. Carlitz, Dr. Donald C. Fraser, Edward
Rogas, Jr., and Curtis S. Wozniak

17

18

PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

DATED: _____

21

_____
MAGISTRATE JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

3

1  HULETT HARPER STEWART LLP
   KIRK B. HULETT, SBN: 110726
2  BLAKE MUIR HARPER, SBN: 115756
   SARAH P. WEBER, SBN: 239979
3  550 West C Street, Suite 1600
   San Diego, CA  92101
4  Telephone:     (619) 338-1133
   Facsimile:     (619) 338-1139
5  e-mail: kbh@hulettharper.com
          bmh@hulettharper.com
6          sweber@hulettharper.com
7
8  Attorneys for Plaintiff, Capital Partners
   [Additional Counsel on Signature Page]
9
        **IN THE UNITED STATES DISTRICT COURT**
10
     **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
11

| | |
|---|---|
| 12  CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated, | Case No. 08-03688RS |
| 13                                 Plaintiff, | **DECLARATION OF SARAH P. WEBER IN SUPPORT OF STIPULATION** |
| 14  v. | **SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2** |
| 15  DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, | |
| 16  DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, | JUDGE:      Magistrate Judge Richard Seeborg |
| 17  PHOTON DYNAMICS, INC. AND ORBOTECH, LTD., | DEPT:        Courtroom 4, 5th Floor |
| 18 | |
| 19                                 Defendants. | |

20
21
22
23
24
25
26
27
28

DECL OF S.P. WEBER IN SUPP OF STIP SHORTENING TIME; Case No. 08-03688RS

1    I, SARAH P. WEBER, declare and say:

2    1.     I am an attorney duly admitted to practice before this Court.  I am an associate

3    with the law firm of Hulett Harper Stewart LLP, one of the counsel for Plaintiff in the above

4    captioned action.  I submit this declaration in support of the accompanying Stipulation Shortening

5    Time Pursuant to Civil L. R. 6-2.  I have personal knowledge of the matters stated herein and if

6    called as a witness, I could and would competently testify to the following.

7    2.     At Plaintiff's request, the parties have stipulated to shorten the briefing schedule

8    on Plaintiff's Emergency Motion to Remand, or Alternatively, to Schedule a Hearing for a

9    Motion for a Preliminary Injunction to Be Held on or Before September 5, 2008.  The reasons for

10   Plaintiff's request follow.

11   3.     On July 25, 2008, Plaintiff Capital Partners, a shareholder of Photon Dynamics,

12   Inc. ("Photon Dynamics") (which is a California corporation headquartered in San Jose) brought

13   the present action in the Superior Court of California, Santa Clara County (the "State Court"),

14   challenging the pending acquisition of Photon Dynamics by Orbotech, Ltd. ("Orbotech") (the

15   "Sale Agreement").

16   4.     Plaintiff asserts claims against Photon Dynamics and its directors for breach of

17   fiduciary duty under California law, and a claim against Orbotech for aiding and abetting those

18   breaches of fiduciary duties under California Law.

19   5.     On August 1, 2008, Plaintiff served and filed a motion seeking (i) a temporary

20   restraining order enjoining the Defendants from consummating the Sale Agreement until

21   expedited discovery and a preliminary injunction hearing could occur and (ii) an order granting

22   expedited discovery and scheduling a post-expedited discovery hearing date on a motion for a

23   preliminary injunction.

24   6.     On that same day, Defendants, other than Orbotech, filed a notice of removal to

25   this Court.

26   7.     Plaintiff and Defendants have subsequently reached an agreement providing that

27   the Sale Agreement will not be consummated until at least September 5, 2008 and an agreement

28   providing for consensual expedited discovery.

1

8.      However, Plaintiff still seeks to have a motion for a preliminary injunction heard and decided prior to the September 5, 2008 date the sale of Photon Dynamics to Orbotech is scheduled to close, a motion Plaintiff believes is necessary in order for relief to be effective.  *See Pridgen v. Andresen*, Civ. 3:94CV851(AVC), 1994 U.S. Dist. LEXIS 21383, at *14 (D. Conn. June 13, 1994) (finding "irreparable harm if the special shareholders meeting is not enjoined [as] the shareholders of a corporation have a right to a full and accurate disclosure of the facts"); *In re Netsmart Tech., Inc. S'holders Litig.*, 924 A.2d 171, 207-08 (Del. Ch. 2007) (granting preliminary injunction where inadequate disclosures alleged).

9.      Plaintiff believes this case was improperly removed to federal court and thus seeks to have its emergency motion to remand promptly heard so that the case may be remanded and a motion for a preliminary injunction may be heard by the state court prior to September 5, 2008.

10.     No previous time modifications have been sought in this action.

11.     To the best of my knowledge, the requested time modification would have a minimal effect, if at all, on the schedule for the case, although it is essential if the state court is to hold a preliminary injunction hearing on or before September 5, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of August, 2008, in San Diego, California.


 */s/ Sarah P. Weber*               
SARAH P. WEBER

DECL OF S.P. WEBER IN SUPP OF STIP SHORTENING TIME; Case No. 08-03688RS