1  HULETT HARPER STEWART LLP
   KIRK B. HULETT, SBN: 110726
2  BLAKE MUIR HARPER, SBN: 115756
   SARAH P. WEBER, SBN: 239979
3  550 West C Street, Suite 1600
4  San Diego, CA  92101
   Telephone:    (619) 338-1133
5  Facsimile:    (619) 338-1139
   e-mail: kbh@hulettharper.com
6          bmh@hulettharper.com
7          sweber@hulettharper.com

8  Attorneys for Plaintiff, Capital Partners
   [Additional Counsel on Signature Page]
9
                    **IN THE UNITED STATES DISTRICT COURT**
10
                **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
11

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. AND ORBOTECH, LTD.,<br><br>Defendants. | Case No. 08-03688RS<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2**<br><br>DATE:    TBD<br>TIME:    TBD<br>JUDGE:   Magistrate Judge Richard Seeborg<br>DEPT:    Courtroom 4, 5th Floor |

STIP SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2; Case No. 08-03688RS

WHEREAS, Plaintiff Capital Partners, a shareholder of Photon Dynamics, Inc. ("Photon Dynamics") (which is a California corporation headquartered in San Jose) brought the present action in the Superior Court of California, Santa Clara County (the "State Court") on July 25, 2008, challenging the pending acquisition of Photon Dynamics by Orbotech, Ltd. ("Orbotech") (the "Sale Agreement"); and

WHEREAS, Plaintiff asserts claims against Photon Dynamics and its directors for breach of fiduciary duty under California law, and a claim against Orbotech for aiding and abetting those breaches of fiduciary duties under California Law; and

WHEREAS, on August 1, 2008, Defendants, other than Orbotech, filed a notice of removal to this Court;

WHEREAS also on August 1, 2008, at about the same time, Plaintiff served and filed a motion in the state court seeking (i) a temporary restraining order enjoining the Defendants from consummating the transaction challenged in the above captioned action until expedited discovery and a preliminary injunction hearing could occur and (ii) an order granting expedited discovery and scheduling a post-expedited discovery hearing date on a motion for a preliminary injunction;

WHEREAS, Plaintiff and Defendants have subsequently reached an agreement providing that the transaction will not be consummated until at least September 5, 2008 and an agreement providing for consensual expedited discovery; and

WHEREAS, Plaintiff seeks to have a motion for a preliminary injunction heard and decided prior to the September 5, 2008 date of the shareholder vote (the date on which the sale of Photon Dynamics is likely to close), which Plaintiff believes is necessary in order for relief to be effective; and

WHEREAS, Plaintiff believes this case was improperly removed and is concurrently filing an Emergency Motion to Remand, or Alternatively to Schedule a Preliminary Injunction Hearing which seeks to promptly remand this case so that a motion for a preliminary injunction may be heard by the state court prior to September 5, 2008, or if such a prompt removal is not possible then alternatively to schedule a date for a preliminary injunction motion to be heard by this Court on or before September 5, 2008; and

WHEREAS, Defendants other than Orbotech believe the action was removed properly but consent to expedited consideration of Plaintiff's emergency motion to remand.

NOW THEREFORE PURSUANT TO THE NORTHERN DISTRICT CIVIL RULE 6-2, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff shall file and serve its Emergency Motion to Remand, or Alternatively to Schedule a Preliminary Injunction Hearing by August 7, 2008;

2. Defendants shall file and serve any opposition papers to Plaintiff's motion by August 12, 2008;

3. The Court may rule upon Plaintiff's Emergency Motion to Remand, or Alternatively to Schedule a Preliminary Injunction Hearing at its earliest convenience thereafter.

IT IS SO STIPULATED.[1]

I hereby attest that I have received assent to the foregoing stipulation and entry of the proposed order by the parties by and through their attorneys.

DATED: August 7, 2008

HULETT HARPER STEWART LLP
KIRK B. HULETT
BLAKE MUIR HARPER
SARAH P. WEBER

 /s/ Sarah P. Weber
SARAH P. WEBER

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:     (619) 338-1139

Attorneys for Plaintiff, Capital Partners

THE BRUALDI LAW FIRM, P.C.
RICHARD B. BRUALDI
GAITRI BOODHOO
SUE LEE
AYESHA N. ONYEKWELU
29 Broadway-24th Floor
New York, NY 10006
Telephone:    (212) 952-0602
Facsimile:     (212) 952-0608

Of Counsel for Plaintiff, Capital Partners

---

[1] Orbotech contends that it has not been properly served, and it has not appeared in this litigation. Orbotech's counsel has advised that it will not seek to be heard on the issue of whether plaintiff's emergency motion to remand should be given expedited consideration.

DATED: August 7, 2008         DAVIS POLK & WARDWELL LLP
                              NEAL A. POTISCHMAN, SBN: 254862
                              STEPHANIE E. LOCKWOOD, SBN: 238215


                              /s/ Neal A. Potischman
                              NEAL A. POTISCHMAN

                              1600 El Camino Real
                              Menlo Park, CA  94025
                              Telephone:   (650) 752-2000
                              Facsimile:    (650) 752-2111
                              E-mail:         neal.potischman@dpw.com
                                              lockwood@dpw.com

                              Attorneys for Defendants, Photon Dynamics, Inc.,
                              Dr. Malcolm J. Thompson, Jeffrey A. Hawthorne,
                              Terry H. Carlitz, Dr. Donald C. Fraser, Edward
                              Rogas, Jr., and Curtis S. Wozniak

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

MAGISTRATE JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

1  HULETT HARPER STEWART LLP
   KIRK B. HULETT, SBN: 110726
2  BLAKE MUIR HARPER, SBN: 115756
   SARAH P. WEBER, SBN: 239979
3  550 West C Street, Suite 1600
4  San Diego, CA  92101
   Telephone:     (619) 338-1133
5  Facsimile:     (619) 338-1139
   e-mail: kbh@hulettharper.com
6          bmh@hulettharper.com
7          sweber@hulettharper.com

8  Attorneys for Plaintiff, Capital Partners
   [Additional Counsel on Signature Page]
9
   **IN THE UNITED STATES DISTRICT COURT**
10
   **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
11

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. AND ORBOTECH, LTD.,<br><br>Defendants. | Case No. 08-03688RS<br><br>**DECLARATION OF SARAH P. WEBER IN SUPPORT OF STIPULATION SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:     Magistrate Judge Richard Seeborg<br>DEPT:     Courtroom 4, 5th Floor |

DECL OF S.P. WEBER IN SUPP OF STIP SHORTENING TIME; Case No. 08-03688RS

1    I, SARAH P. WEBER, declare and say:

2    1.    I am an attorney duly admitted to practice before this Court. I am an associate with the law firm of Hulett Harper Stewart LLP, one of the counsel for Plaintiff in the above captioned action. I submit this declaration in support of the accompanying Stipulation Shortening Time Pursuant to Civil L. R. 6-2. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

3    2.    At Plaintiff's request, the parties have stipulated to shorten the briefing schedule on Plaintiff's Emergency Motion to Remand, or Alternatively, to Schedule a Hearing for a Motion for a Preliminary Injunction to Be Held on or Before September 5, 2008. The reasons for Plaintiff's request follow.

4    3.    On July 25, 2008, Plaintiff Capital Partners, a shareholder of Photon Dynamics, Inc. ("Photon Dynamics") (which is a California corporation headquartered in San Jose) brought the present action in the Superior Court of California, Santa Clara County (the "State Court"), challenging the pending acquisition of Photon Dynamics by Orbotech, Ltd. ("Orbotech") (the "Sale Agreement").

5    4.    Plaintiff asserts claims against Photon Dynamics and its directors for breach of fiduciary duty under California law, and a claim against Orbotech for aiding and abetting those breaches of fiduciary duties under California Law.

6    5.    On August 1, 2008, Plaintiff served and filed a motion seeking (i) a temporary restraining order enjoining the Defendants from consummating the Sale Agreement until expedited discovery and a preliminary injunction hearing could occur and (ii) an order granting expedited discovery and scheduling a post-expedited discovery hearing date on a motion for a preliminary injunction.

7    6.    On that same day, Defendants, other than Orbotech, filed a notice of removal to this Court.

8    7.    Plaintiff and Defendants have subsequently reached an agreement providing that the Sale Agreement will not be consummated until at least September 5, 2008 and an agreement providing for consensual expedited discovery.

1

DECL OF S.P. WEBER IN SUPP OF STIP SHORTENING TIME; Case No. 08-03688RS

1       8.       However, Plaintiff still seeks to have a motion for a preliminary injunction heard and decided prior to the September 5, 2008 date the sale of Photon Dynamics to Orbotech is scheduled to close, a motion Plaintiff believes is necessary in order for relief to be effective. *See Pridgen v. Andresen*, Civ. 3:94CV851(AVC), 1994 U.S. Dist. LEXIS 21383, at *14 (D. Conn. June 13, 1994) (finding "irreparable harm if the special shareholders meeting is not enjoined [as] the shareholders of a corporation have a right to a full and accurate disclosure of the facts"); *In re Netsmart Tech., Inc. S'holders Litig.*, 924 A.2d 171, 207-08 (Del. Ch. 2007) (granting preliminary injunction where inadequate disclosures alleged).

9.       Plaintiff believes this case was improperly removed to federal court and thus seeks to have its emergency motion to remand promptly heard so that the case may be remanded and a motion for a preliminary injunction may be heard by the state court prior to September 5, 2008.

10.     No previous time modifications have been sought in this action.

11.     To the best of my knowledge, the requested time modification would have a minimal effect, if at all, on the schedule for the case, although it is essential if the state court is to hold a preliminary injunction hearing on or before September 5, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of August, 2008, in San Diego, California.

                                                  */s/ Sarah P. Weber*
                                                  SARAH P. WEBER

DECL OF S.P. WEBER IN SUPP OF STIP SHORTENING TIME; Case No. 08-03688RS