```
 1  HULETT HARPER STEWART LLP
    KIRK B. HULETT, SBN: 110726
 2  BLAKE MUIR HARPER, SBN: 115756
    SARAH P. WEBER, SBN: 239979
 3  550 West C Street, Suite 1600
    San Diego, CA  92101
 4  Telephone:    (619) 338-1133
 5  Facsimile:    (619) 338-1139
    e-mail: kbh@hulettharper.com
 6          bmh@hulettharper.com
            sweber@hulettharper.com
 7
 8  Attorneys for Plaintiff, Capital Partners
    [Additional Counsel on Signature Page]
 9
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. AND ORBOTECH, LTD.,<br><br>             Defendants. | Case No. 08-03688RS<br><br>**PROOF OF SERVICE**<br><br>JUDGE:   Magistrate Judge Richard Seeborg<br>DEPT:     Courtroom 4, 5th Floor |

PROOF OF SERVICE; Case No. 08-03688RS

**PROOF OF SERVICE**
*Capital Partners, v. Dr. Malcolm J. Thompson, et al.*
CASE NO: 08-03688RS

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on August 7, 2008, I served the following document(s) entitled:

**FIRST AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND FAILURE TO DISCLOSE**

**PLAINTIFF CAPITAL PARTNERS' NOTICE OF ITS EMERGENCY MOTION AND EMERGENCY MOTION TO REMAND, OR ALTERNATIVELY, TO SCHEDULE A HEARING FOR A MOTION FOR A PRELIMINARY INJUNCTION TO BE HELD ON OR BEFORE SEPTEMBER 5, 2008**

**DECLARATION OF SARAH P. WEBER IN SUPPORT OF PLAINTIFF CAPITAL PARTNERS' EMERGENCY MOTION TO REMAND, OR ALTERNATIVELY, TO SCHEDULE A HEARING FOR A MOTION FOR A PRELIMINARY INJUNCTION TO BE HELD ON OR BEFORE SEPTEMBER 5, 2008**

**[PROPOSED] ORDER REGARDING REMAND**

**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2**

**DECLARATION OF SARAH P. WEBER IN SUPPORT OF STIPULATION SHORTENING TIME PURSUANT TO CIVIL L.R. 6-2**

**PROOF OF SERVICE**

on ALL INTERESTED PARTIES in this action.

■ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

Orbotech Inc.
44 Manning Road
Billerica, MA 01821
(978) 667-6037

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filling system on all registered parties.

1

PROOF OF SERVICE; Case No. 08-03688RS

1         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2008, at San Diego, California.

2

3

4                                 ANITA VILLANUEVA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE; Case No. 08-03688RS