Neal A. Potischman (SBN 254862)
Stephanie E. Lockwood (SBN 238215)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: neal.potischman@dpw.com
        lockwood@dpw.com

Attorneys for Defendants
PHOTON DYNAMICS, INC.,
DR. MALCOLM J. THOMPSON,
JEFFREY A. HAWTHORNE,
TERRY H. CARLITZ,
DR. DONALD C. FRASER,
EDWARD ROGAS, JR., and
CURTIS S. WOZNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. and ORBOTECH, LTD.,<br><br>    Defendants. | Case No.: 08-03688(RS)<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1  <u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

2        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

3  undersigned parties hereby voluntarily consent to have a United States Magistrate

4  Judge conduct any and all further proceedings in the case, including trial, and order the

5  entry of a final judgment.  Appeal from the judgment shall be taken directly to the

6  United States Courts of Appeals of the Ninth Circuit.

7  Dated:   August 12, 2008            Respectfully Submitted,

8                                  DAVIS POLK & WARDWELL

9

10                               By:    */s Stephanie E. Lockwood*

11                                  Stephanie E. Lockwood (SBN 238215)

                                Neal A. Potischman (SBN 254862)

12

13                                  1600 El Camino Real

                                Menlo Park, California 94025

14                                  Telephone:  (650) 752-2000

                                Facsimile: (650) 752-2111

15                                  E-mail: lockwood@dpw.com

                                          neal.potischman@dpw.com

16

17                                  Attorneys for Defendants

                                PHOTON DYNAMICS, INC.,

18                                  DR. MALCOLM J. THOMPSON,

                                JEFFREY A. HAWTHORNE,

19                                  TERRY H. CARLITZ, DR.

                                DONALD C. FRASER, EDWARD

20                                  ROGAS, JR., and CURTIS S.

                                WOZNIAK

21

22

23

24

25

26

27

28