1  Neal A. Potischman (SBN 254862)
   Stephanie E. Lockwood (SBN 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5  E-mail: neal.potischman@dpw.com
            lockwood@dpw.com
6
   Attorneys for Defendants
7  PHOTON DYNAMICS, INC.,
   DR. MALCOLM J. THOMPSON,
8  JEFFREY A. HAWTHORNE,
   TERRY H. CARLITZ,
9  DR. DONALD C. FRASER,
   EDWARD ROGAS, JR., and
10 CURTIS S. WOZNIAK

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated, | Case No.: 08-03688(RS) |
| Plaintiff, | **CONSENT TO REMAND TO SUPERIOR COURT OF CALIFORNIA FOR SANTA CLARA COUNTY** |
| v. | |
| DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. and ORBOTECH, LTD., | |
| Defendants. | |

1. Defendants' removal of this action was proper. *See* 15 U.S.C. §§ 78bb ("SLUSA"); *see also Drulias v. Ade Corp.*, 06-11033-PBS, 2006 WL 1766502, at *2 (D. Mass. June 26, 2006) (finding SLUSA jurisdiction over state-law breach of fiduciary duty claim based on preliminary proxy statement filed with SEC).

2. Defendants agree, however, that plaintiffs' recently-filed amended complaint states no federal claim, and that, accordingly, the Court no longer has subject-matter jurisdiction over plaintiffs' claims.

3. Accordingly, defendants consent to the remand of this action to the Superior Court of California for Santa Clara County.

Dated: August 12, 2008

Respectfully Submitted,

DAVIS POLK & WARDWELL

By: /s Stephanie E. Lockwood
    Stephanie E. Lockwood (SBN 238215)
    Neal A. Potischman (SBN 254862)

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: lockwood@dpw.com
      neal.potischman@dpw.com

Attorneys for Defendants
PHOTON DYNAMICS, INC.,
DR. MALCOLM J. THOMPSON,
JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., and CURTIS S. WOZNIAK