Neal A. Potischman (SBN 254862)
Stephanie E. Lockwood (SBN 238215)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: neal.potischman@dpw.com
          stephanie.lockwood@dpw.com

Attorneys for Defendants
PHOTON DYNAMICS, INC.,
DR. MALCOLM J. THOMPSON,
JEFFREY A. HAWTHORNE,
TERRY H. CARLITZ,
DR. DONALD C. FRASER,
EDWARD ROGAS, JR., and
CURTIS S. WOZNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. and ORBOTECH, LTD.,<br><br>Defendants. | Case No.: C08-03688 RS<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
Case No. C08-03688 RS

## PROOF OF SERVICE

I, Moriah Condos, declare:

I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA 94025.

On August 12, 2008, I served copies of the following documents:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

- **CONSENT TO REMAND TO SUPERIOR COURT OF CALIFORNIA FOR SANTA CLARA COUNTY**

on the interested party in this action addressed as follows:

Elizabeth L. Grayer
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

(BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 12, 2008 at Menlo Park, California.

Moriah Condos

PROOF OF SERVICE
Case No.: C08-03688 RS