```
 1  HULETT HARPER STEWART LLP
    KIRK B. HULETT, SBN: 110726
 2  BLAKE MUIR HARPER, SBN: 115756
    SARAH P. WEBER, SBN: 239979
 3  550 West C Street, Suite 1600
    San Diego, CA  92101
 4  Telephone:     (619) 338-1133
 5  Facsimile:     (619) 338-1139
    e-mail: kbh@hulettharper.com
 6          bmh@hulettharper.com
 7          sweber@hulettharper.com

 8  Attorneys for Plaintiff, Capital Partners
    [Additional Counsel on Signature Page]
 9
```

FILED

AUG 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DR. MALCOLM J. THOMPSON, JEFFREY A. HAWTHORNE, TERRY H. CARLITZ, DR. DONALD C. FRASER, EDWARD ROGAS, JR., CURTIS S. WOZNIAK, PHOTON DYNAMICS, INC. AND ORBOTECH, LTD.,<br><br>Defendants. | Case No. 08-03688RS<br><br>[~~PROPOS~~ED] ORDER REGARDING REMAND<br><br>DATE:    TBD<br>TIME:    TBD<br>JUDGE:   Magistrate Judge Richard Seeborg<br>DEPT:    Courtroom 4, 5th Floor |

[PROPOSED] ORDER REGARDING REMAND; Case No. 08-03688RS

1 | The Court, having considered Plaintiff's Motion to Remand this action to the Superior
2 | Court of California, Santa Clara County and having considered the papers submitted by the
3 | parties and the pleadings and evidence in the record, finds there is good cause to grant plaintiff's
4 | motion.
5 |     IT IS THEREFORE ORDERED, on this ___14TH___ day of August, 2008, that
6 | Plaintiff's Motion for Remand is hereby granted and the Clerk of the Court is directed to
7 | promptly return the file to the Superior Court of California, Santa Clara County.
8 | DATED: _8-14-08_
9 |                               MAGISTRATE JUDGE RICHARD SEEBORG
10 |                               UNITED STATES DISTRICT COURT
11 | Submitted by:
12 | HULETT HARPER STEWART LLP
13 | KIRK B. HULETT
    BLAKE MUIR HARPER
14 | SARAH P. WEBER
15 |
16 |   /s/ Sarah P. Weber
    SARAH P. WEBER
17 | 550 West C Street, Suite 1600
18 | San Diego, CA 92101
    Telephone: (619) 338-1133
19 | Facsimile: (619) 338-1139
20 | Attorneys for Plaintiff, Capital Partners
21 | THE BRUALDI LAW FIRM, P.C.
22 | RICHARD B. BRUALDI
    GAITRI BOODHOO
23 | SUE LEE
    AYESHA N. ONYEKWELU
24 | 29 Broadway-24th Floor
25 | New York, NY 10006
    Telephone: (212) 952-0602
26 | Facsimile: (212) 952-0608
27 | Of Counsel for Plaintiff, Capital Partners
28 |

1

[PROPOSED] ORDER REGARDING REMAND; Case No. 08-03688RS