Clerk's Use Only

Initial for fee pd.:

Richard B. Brualdi
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, New York 10006
(212) 952-0602

**FILED**

2008 AUG 14 P 4:36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAPITAL PARTNERS, on
Behalf of Itself and All Others Similarly
Situated,

        Plaintiff(s),

v.

DR. MALCOLM J. THOMPSON, ET. AL.

        Defendant(s).

CASE NO. C08-03688 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Richard B. Brualdi, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Capital Partners in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
HULETT HARPER STEWART LLP; Kirk B. Hulett, Blake Muir Harper, Sarah P. Weber; 550 West C Street, Suite 1600, San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2008