RECEIVED
2008 AUG 14  PM 1:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

CAPITAL PARTNERS, on Behalf of Itself and All Others Similarly Situated,

Plaintiff(s),

v.

DR. MALCOLM J. THOMPSON, ET. AL.

Defendant(s).

CASE NO. C08-03688 RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

RICHARD B. BRUALDI , an active member in good standing of the bar of the Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

THE BRUALDI LAW FIRM, P.C., 29 BROADWAY, SUITE 2400, NEW YORK, NEW YORK, 10006, (212) 952-0602

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Capital Partners .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States Magistrate Judge