**UNITED STATES DISTRICT COURT**
For the Northern District of California

RECEIVED

2008 AUG 14 PM 1: 36

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FILED

AUG 14 2008




UNITED STATES DISTRICT COURT

Northern District of California

1

2

3

4

5  CAPITAL PARTNERS, on
   Behalf of Itself and All Others Similarly
6  Situated,

7                    Plaintiff(s),
8        v.

9  DR. MALCOLM J. THOMPSON, ET.
   AL.
10

11

12                   Defendant(s).
                                        /

CASE NO. C08-03688 RS

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

13  RICHARD B. BRUALDI           ⊞ , an active member in good standing of the bar of

14  the Southern District of New York      ⊞ whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is

17  THE BRUALDI LAW FIRM, P.C., 29 BROADWAY, SUITE 2400, NEW YORK, NEW
    YORK, 10006, (212) 952-0602
18

19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing plaintiff Capital Partners           ⊞ .

21       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designated in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated: 8/14/08

28

                                        United States Magistrate Judge